JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

YONDER RAMON PRADO OJEDA,
Petitioner,
v.
DHS, *et al.*,
Respondents.

Case No. 5:26-cv-03327-FLA (Ex)

**ORDER DISMISSING PETITION WITHOUT PREJUDICE [DKT. 10]**

On June 11, 2026, the court received *pro se* Petitioner Yonder Ramon Prado Ojeda ("Petitioner")'s Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 ("Petition"), dated April 27, 2026. Dkt. 1.

On June 23, 2026, Respondents filed their Response, stating the Petition is moot because Petitioner was removed from the United States on or about May 7, 2026. Dkt. 7. Respondents' Exhibit 1 states he was removed to Venezuela on May 17, 2026, pursuant to a warrant of removal issued on May 7, 2026. Dkt. 7-1 at 1-2. On July 16, 2026, the assigned Magistrate Judge ordered Petitioner to file a reply on or before July 30, 2026, warning that failure to file a reply timely may result in the denial and dismissal of the Petition. Dkt. 8. Petitioner does not appear to have received notice or

a copy of the July 16, 2026 Minute Order. *See* Dkt. 11.

On July 31, 2026, the assigned Magistrate Judge issued a Report and Recommendation ("Report"), recommending the court deny and dismiss the Petition without prejudice. Dkt. 10 at 1–2.

As it appears Petitioner has been removed from the United States and is not receiving notice of the court's orders, the court DISMISSES the action without prejudice as moot.

IT IS SO ORDERED.

Dated: August 31, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge